**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**
Judge

303-844-2527

July 11, 2022

TO:  Jeffrey Colwell, Clerk

FROM:  Judge Babcock  s/LTB

RE:  Civil Action No.  22-cv-01685
Rocky Mountain Gun Owners, et al v. Town of Superior, et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp