AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLORADO

ROCKY MOUNTAIN GUN OWNERS;
NATIONAL ASSOCATION FOR GUN RIGHTS; and
CHARLES BRADLEY WALKER

*Plaintiff(s)*

v.

THE TOWN OF SUPERIOR; and
JOE PELLE

*Defendant(s)*

Civil Action No. 22-cv-01685-LTB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOE PELLE
5600 Flatiron Parkway
Boulder, Colorado 80301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Barry K. Arrington
Arrington Law Firm
3801 East Florida Avenue, Suite 830
Denver, Colorado 80210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/08/2022

s/ J. Torres
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-01685-LTB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BOULDER SHERIFF - JOE PELLE

was received by me on *(date)* 7/8/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JASON HEATHMAN - COMMANDER BCSO , who is designated by law to accept service of process on behalf of *(name of organization)* SHERIFF JOE PELLE 5600 FLATIRON PARKWAY BOULDER, COLORADO 80301 on *(date)* 7/8/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/10/2022

Matthew R. Messner
*Server's signature*

MATHEW R. MESSNER
*Printed name and title*

P.O. Box 864
Castle Rock, Colorado 80104
*Server's address*

Additional information regarding attempted service, etc: