**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 22-cv-1685-LTB-SKC**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality, and
JOE PELLE, in his capacity as Sheriff of Boulder County, Colorado

    Defendant.

---

**ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS**

---

    COMES NOW Shaun Pearman of the Pearman Law Firm, P.C., who respectfully enters his appearance in this matter on behalf of the Plaintiffs, Rocky Mountain Gun Owners, National Association for Gun Rights, and Charles Bradley Walker.

| | |
|---|---|
| Dated: July 11, 2022 | **THE PEARMAN LAW FIRM, P.C.** |
| | Original duly signed: 07/11/2022 |
| | **/s/ Shaun Pearman** |
| | Shaun Pearman, Attorney Reg. No. 16619 |
| | 4195 Wadsworth Boulevard |
| | Wheat Ridge CO 80033-4618 |
| | Telephone Number: (303) 991-7600 |
| | Facsimile Number: (303) 991-7601 |
| | shaun@pearmanlawfirm.com |