IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1685

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality, and
JOE PELLE, in his capacity as Sheriff of Boulder County, Colorado

    Defendant.

---

### DECLARATION OF CHARLES BRADLEY WALKER

---

1. My name is Charles Bradley Walker. I am a Plaintiff in this matter. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. I desire to be able to exercise my constitutional right to publicly carry firearms in the Town of Superior (the "Town") for lawful purposes without fear of criminal prosecution.

3. For purposes of this Declaration, the term "Banned Firearm" shall mean "assault weapon" as that term is defined in the Town of Superior Municipal Code (the "Code"). For purposes of his Declaration, the term "Banned Magazine" shall mean "large-capacity magazine" as that term is defined in the Code.

4. I currently own and possess Banned Firearms in the Town. I desire to continue to possess the Banned Firearms in the Town. Moreover, I wish to acquire more Banned Firearms in the Town; potentially transfer my currently owned Banned Firearms to members of my

1

family and/or other persons in the Town; and bequeath my Banned Firearms to my devisees who live in the Town.

5   I currently possess Banned Magazines in the Town. I wish to continue to possess, use and transfer Banned Magazines in the Town of Superior without fear of criminal prosecution.

6   The Town contracts out its public safety service with Boulder County Sheriff's Office.

I, Charles Bradley Walker, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct

*/s/ Charles Bradley Walker*
Charles Bradley Walker