IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1685**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality, and
JOE PELLE, in his capacity as Sheriff of Boulder County, Colorado

    Defendant.

---

## DECLARATION OF DUDLEY BROWN

---

1. My name is Dudley Brown. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. Rocky Mountain Gun Owners "RMGO" and National Association for Gun Rights ("NAGR") are Plaintiffs in this action. I am the President of both RMGO and NAGR. For purposes of this Declaration, RMGO and NAGR shall be referred to collectively as the "Associations."

3. The Associations and/or their members desire to be able to exercise their constitutional right to publicly carry firearms in the Town of Superior (the "Town") for lawful purposes without fear of criminal prosecution.

1

4.  For purposes of this Declaration, the term "Code" shall mean the Town of Superior Municipal Code.

5.  The term "assault weapon" as used in the Code is not a technical term used in the firearms community for firearms commonly available to civilians. Instead, the term is a rhetorically charged political term meant to stir the emotions of the public against those persons who choose to exercise their constitutional right to possess certain semi-automatic firearms that are commonly owned by millions of law-abiding American citizens for lawful purposes. The Code's characterization of certain magazines as "large capacity" is a misnomer, because magazines capable of holding more than 10 rounds are standard capacity magazines.

6.  I refuse to adopt the Town's politically charged rhetoric. Therefore, for purposes of this Declaration, the term "Banned Firearm" shall mean "assault weapon" as that term is defined in the Code, and the term "Banned Magazine" shall mean "large-capacity magazine" as that term is defined in the Code.

7.  The Associations and/or their members currently own and possess Banned Firearms in the Town. The Associations and/or their members desire to continue to possess the Banned Firearms in the Town. Moreover, they wish to acquire more Banned Firearms in the Town; potentially transfer their currently owned Banned Firearms to members of their families and/or other persons in the Town; and bequeath their Banned Firearms to their devisees who live in the Town.

8.  The Associations and/or their members wish to continue to possess, uses and transfer Banned Magazines without fear of criminal prosecution.

I, Dudley Brown, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct

_____
Dudley Brown