IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1685-NRN**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality, and
JOE PELLE, in his capacity as Sheriff of Boulder County, Colorado

    Defendant.

---

**TEMPORARY RESTRAINING ORDER**

---

1. The Court GRANTS the motion for a temporary restraining order filed by Plaintiffs against Defendants Town of Superior and Joe Pelle (collectively "Defendants").

2. The Court **ENTERS** this Temporary Restraining Order on July ___, 2022 at _____ __.M.  Fed. R. Civ. P. 65(b)(2).

3. For purposes of this Order the term "Code" shall mean the Municipal Code of the Town of Superior, Colorado.

4. The Court **ENJOINS** the Defendants from enforcing; attempting to enforce; threatening to enforce; or otherwise requiring compliance with:

(a) The provisions of Section 10-9-260 of the Code prohibiting bearing firearms in public in the Town of Superior;

1

(b)  The provisions of the Code prohibiting the possession, sale and/or transfer of "assault weapons" as that term is defined in Section 10-9-20 the Code; and

(c)  The provisions of the Code prohibiting the possession, sale and/or transfer of "large-capacity magazines" as that term is defined in Section 10-9-20 the Code.

5. Unless the Court enters this Temporary Restraining Order, the Plaintiffs and/or their members will suffer irreparable harm.  Plaintiffs reasonably fear prosecution, including fines, arrest, and jail, if they carry firearms in public or possess, sell, transfer or acquire the firearms and magazines banned by the Code.

6. Plaintiffs do not need to post a security bond because enjoining the Defendants from prohibiting Plaintiffs' exercise of their Second Amendment rights does not interfere with the Defendants' rights.  Fed. R. Civ.P. 65(c).

7. The Court **GRANTS** Plaintiffs' request for Oral Argument on their motion for preliminary injunction.  The Court will hold a hearing on the preliminary injunction motion on August __, 2020 at _____ __.M..

BY THE COURT

_____
Judge, United States District Court