**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 22-cv-1685-RM-NRN**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality, and
JOE PELLE, in his capacity as Sheriff of Boulder County, Colorado

      Defendant.

_____

**SUPPLEMENT TO RECORD FOR MOTION
FOR TRO AND PRELIMINARY INJUNCTION**
_____

      Plaintiffs submit the following supplement to the record for the motion for temporary

restraining order and preliminary injunction.

      On July 13, 2022, the Town of Superior sent the email attached as Exhibit A.  This

email was sent **after** Plaintiffs filed and served their motion for a TRO and preliminary

injunction signifying the Town's resolve to enforce the unconstitutional ordinance in the face of

this litigation unless restrained by this Court.

Respectfully submitted this 13th day of July 2022.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
3801 East Florida Avenue, Suite 830
Denver, Colorado 80210

1

Voice:  (303) 205-7870
Email:  barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 13, 2022, he emailed this document and Exhibit A to Defendants' counsel at the following email addresses:

gvaughan@vaughandemuro.com
cmuse@vaughandemuro.com
vnd@vaughandemuro.com
dhughes@bouldercounty.org
cmayberry@bouldercounty.org

*/s/ Barry K. Arrington*
_____
Barry K. Arrington