-------- Forwarded message ---------
From: **Town of Superior Communications** <communications@info.superiorcolorado.gov>
Date: Wed, Jul 13, 2022 at 3:31 PM
Subject: Details & Deadlines for Ordinance Regarding Weapons Use and Possession
To: <bwalker@musings.com>

# EXHIBIT A

View as a webpage / Share

# Details & Deadlines for Ordinance Regarding Weapons Use and Possession

The Town Board recently passed an <u>ordinance regarding the possession and use of weapons</u> in the Town that will go into effect July 10,

1

2022.  Residents will have until July 30, 2022, to comply with the new regulations regarding illegal weapons.

## Illegal Weapons Information

As of July 30, 2022, in the Town of Superior, a person may not possess an illegal weapon as defined under Sec. 10-9-20. Per the ordinance, an illegal weapon means an assault weapon, large-capacity magazine, rapid-fire trigger activator, blackjack, gas gun, metallic knuckles, gravity knife, or switchblade knife.

Per the ordinance, a large-capacity magazine means any ammunition feeding device with the capacity to accept more than ten (10) rounds but shall not be construed to include any of the following: a feeding device that has been permanently altered so that it cannot accommodate more than ten (10) rounds; a twenty-two (22) caliber tube rim-fire ammunition feeding device; or a tubular magazine that is contained in a lever-action firearm.

The items listed above should be removed from the Town by July 30, 2022, unless an exemption applies to you in the ordinance. You may dispose of them at the Boulder County Sheriff's Office (5600 Flatiron Pkwy, Boulder, CO 80301).

## Assault weapons Information

Any person who, prior to July 1, 2022, was legally in possession of an assault weapon shall have until December 31, 2022, to obtain a certificate for the assault weapon.

   1. Bring a valid ID and background authorization form to Town Hall between 9:00 a.m. and 3:00 p.m., Monday through Friday.

   2. The Boulder County Sheriff's Office will send you a link to sign up for the weapons inspection after review of a background check.

   3. At your appointment date and time, bring your assault weapon to the Sheriff's Office Substation located at 405 Center Dr. Suite F in Superior.

   - Secure your unloaded firearm(s) in your locked vehicle. DO NOT BRING YOUR FIREARM INTO THE BUILDING.

   4. Once an armorer has inspected your assault weapon(s) from the Sheriff's Office you will receive two (2) certificates for each assault weapon.

- It is your responsibility to maintain the certificate(s) as the Sheriff's Office will not maintain any record of the weapons.

Stay Connected with the Town of Superior



SUBSCRIBER SERVICES:
Manage Subscriptions  |  Unsubscribe All  |  Help

---

This email was sent to **bwalker@musings.com** using GovDelivery Communications Cloud on behalf of: Town of Superior · 124 E. Coal Creek Drive · Superior, CO 80027



3