# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01685-NRN

ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, and CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality, and JOE PELLE, in his capacity as Sheriff of Boulder County Colorado,

Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

JOE PELLE, in his capacity as Sheriff of Boulder County Colorado

DATED at Boulder, Colorado this 19th day of July 2022.

                        BOULDER COUNTY ATTORNEY

By:  */s/ Colin J. Mayberry*
      Colin J. Mayberry
      Assistant County Attorney
      P.O. Box 471
      Boulder, CO 80306
      (303) 441-3190
      cmayberry@bouldercounty.org
      *Counsel for Defendant Sheriff Joe Pelle*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

shaun@pearmanlawfirm.com
eric@pearmanlawfirm.com
barry@arringtonpc.com

/s/ Colin J. Mayberry