THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01685-NRN

ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, and CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality, and JOE PELLE, in his capacity as Sheriff of Boulder County Colorado,

Defendants.

## ENTRY OF APPEARANCE

    To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

  JOE PELLE, in his capacity as Sheriff of Boulder County Colorado

    DATED at Boulder, Colorado this 19th day of July 2022.

                                          By:   */s/ David Hughes*
                                                  David Hughes
                                                  Deputy County Attorney
                                                  BOULDER COUNTY ATTORNEY
                                                  P.O. Box 471
                                                  Boulder, CO 80306
                                                  (303) 441-3190
                                                  dhughes@bouldercounty.org
                                                  *Counsel for Defendant Sheriff Joe Pelle*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

shaun@pearmanlawfirm.com
eric@pearmanlawfirm.com
barry@arringtonpc.com

*/s/ David Hughes*