IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01685-RM

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality, and
JOE PELLE, in his capacity as Sheriff of Boulder County, Colorado,

    Defendants.
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

Gordon L. Vaughan of the law firm Vaughan & DeMuro, a member in good standing of the Bar of this Court, hereby enters his appearance on behalf of Defendant TOWN OF SUPERIOR.

    Respectfully submitted,

Date: July 20, 2022

s/ Gordon L. Vaughan
Gordon L. Vaughan
    VAUGHAN & DeMURO
    111 South Tejon, Suite 545
    Colorado Springs, CO 80903
    (719) 578-5500 (phone)
    (719) 578-5504 (fax)
    gvaughan@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANT TOWN OF SUPERIOR

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Barry K. Arrington**
barry@arringtonpc.com

**Shaun Pearman**
shaun@pearmanlawfirm.com

**Eric P. Apjoke**
eric@pearmanlawfirm.com

**Colin J. Mayberry**
cmayberry@bouldercounty.org

**David E. Hughes**
dhughes@bouldercounty.org

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]

                                            s/ Gordon L. Vaughan
                                            Gordon L. Vaughan