# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01685-RM

ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, and CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality, and JOE PELLE, in his capacity as Sheriff of Boulder County Colorado,

    Defendants.

## NOTICE OF RESOLUTION

Defendant Joe Pelle, in his capacity as Sheriff of Boulder County, under D.C.COLO.L.CivR 40.2, notifies the Court that, as reflected in Plaintiff's First Amended Complaint, Sheriff Pelle is no longer a defendant in this action. Accordingly, Sheriff Pelle will not be participating further in this case.

Dated: July 28, 2022.

    Respectfully submitted,

    BOULDER COUNTY ATTORNEY

By:   */s/ David Hughes*
    Colin J. Mayberry
    David Hughes
    P.O. Box 471
    Boulder, CO 80306
    (303) 441-3190
    dhughes@bouldercounty.org
    cmayberry@bouldercounty.org
    *Counsel for Boulder County Sheriff*