**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-1685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

       Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

       Defendant.

---

## ENTRY OF APPEARANCE
---

To the clerk of court and all parties of record:

       I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for The Town of Superior.

       DATED at Denver, Colorado this 28th day of July, 2022       .

                                 */s/ David Toscano*
                                 DAVIS POLK & WARDWELL LLP
                                 450 Lexington Avenue
                                 New York, New York 10017
                                 Telephone: (212) 450-4000
                                 david.toscano@davispolk.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com
barry@arringtonpc.com
gvaughan@vaughnandemuro.com
cmayberry@bouldercounty.org
dhughes@bouldercounty.org

 *s/ David Toscano*

David Toscano
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
david.toscano@davispolk.com

2