**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-1685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

      Defendant.

---

## ENTRY OF APPEARANCE
---

To the clerk of court and all parties of record:

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for The Town of Superior.

      DATED at Denver, Colorado this 28th day of July, 2022   .

      */s/ Christopher Lynch*
      DAVIS POLK & WARDWELL LLP
      450 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 450-4000
      christopher.lynch@davispolk.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com
barry@arringtonpc.com
gvaughan@vaughnandemuro.com
cmayberry@bouldercounty.org
dhughes@bouldercounty.org

                                                                           *s/ Christopher Lynch*

                                                          Christopher Lynch
                                                          DAVIS POLK & WARDWELL LLP
                                                          450 Lexington Avenue
                                                          New York, New York 10017
                                                          Telephone: (212) 450-4000
                                                          christopher.lynch@davispolk.com