## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:      Tammy Hoffschildt | Date:   July 30, 2022 |

**CASE NO.   22-cv-01685-RM-NRN**

| Parties | Counsel |
|---|---|
| ROCKY MOUNTAIN GUN OWNERS,<br>NATIONAL ASSOCIATION FOR GUN RIGHTS, and<br>CHARLES BRADLEY WALKER, | Barry Arrington<br>   (by telephone) |
| Plaintiff, | |
| v. | |
| THE TOWN OF SUPERIOR, | Gordon Vaughn |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**
**Court in session:          10:38 a.m.**

Appearances of counsel.

Preliminary remarks made by the Court regarding the status of the case.

Discussion held regarding the Amended Complaint (Doc. 20) and the Town Defendant's Motion to Vacate and Reset Preliminary Injunction Hearing and for Extension of Time to File Response to Complaint (Doc. 19).

**ORDERED:**   In light of the Amended Complaint (Doc. 20), the Temporary Restraining Order is DISSOLVED **only** as to Defendant Joe Pelle in his capacity as Sheriff of Boulder County.

**ORDERED:**   Town Defendant's Motion to Vacate and Reset Preliminary Injunction Hearing and for Extension of Time to File Response to Complaint (Doc. 19) is GRANTED in part and DENIED in part.   The Preliminary Injunction

Hearing set for August 4, 2022, is VACATED and RESET to **November 8 and 9, 2022, at 9:00 each day.**   The Answer to the Amended Complaint shall be filed in accordance with the Federal Rules of Civil Procedure.

**ORDERED:**   Defendant's response to the Motion for Preliminary Injunction shall be filed on or before **September 30, 2022.**   Plaintiff's reply to Defendant's response shall be filed on or before **October 21, 2022.   The Court's page limited is lifted, and each side will be allowed 50 pages for their briefs.**

Discussion held regarding items listed in the Amended Code being challenged that are not firearms.

**Court in recess:**          10:58 a.m.
**Total in court time:**      00:20
**Hearing concluded.**