**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-1685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

      Defendant.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for The Town of Superior.

      DATED at Denver, Colorado this 29th day of July, 2022     .

                                      /s/ Carey Richard Dunne
                                      Carey R. Dunne, Esq.
                                      114 East 95th Street
                                      New York, New York 10128
                                      Telephone: (917) 499-2279
                                      Careydunne1@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com
barry@arringtonpc.com
christpher.lynch@davispolk.com
david.toscano@davispolk.com
gvaughan@vaughnandemuro.com
cmayberry@bouldercounty.org
dhughes@bouldercounty.org

/s/ Carey Richard Dunne

Carey R. Dunne, Esq.
114 East 95th Street
New York, New York 10128
Telephone: (917) 499-2279
Careydunne1@gmail.com