**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-1685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER

      Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

      Defendant.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

      I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for The Town of Superior.

      DATED at New York, New York this 29th day of July, 2022.

/s/ William J. Taylor, Jr.
EVERYTOWN LAW
450 Lexington Avenue
#4184
New York, New York 10017
(646) 324-8215
wtaylor@everytown.org
*Attorney for Defendant The Town of Superior*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com
barry@arringtonpc.com
gvaughan@vaughnandemuro.com
careydunne1@gmail.com
david.toscano@davispolk.com
christopher.lynch@davispolk.com

/s/ William J. Taylor, Jr.

William J. Taylor, Jr.
EVERYTOWN LAW
450 Lexington Avenue
#4184
New York, New York 10017
(646) 324-8215
wtaylor@everytown.org
*Attorney for Defendant The Town of Superior*

2