# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

    Defendant.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for The Town of Superior.

    DATED at Denver, Colorado this 3rd day of August, 2022     .

                                             *s/ Antonio J. Perez-Marques*
                                             DAVIS POLK & WARDWELL LLP
                                             450 Lexington Avenue
                                             New York, New York 10017
                                             Telephone: (212) 450-4000
                                             antonio.perez@davispolk.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com
barry@arringtonpc.com
careydunne1@gmail.com
christopher.lynch@davispolk.com
david.toscano@davispolk.com
gvaughan@vaughnandemuro.com
cmayberry@bouldercounty.org
dhughes@bouldercounty.org

    *s/ Antonio J. Perez-Marques*

Antonio J. Perez-Marques
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
antonio.perez@davispolk.com

2