IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1685-RM-NRN**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality

      Defendant.

___

### JOINT MOTION TO VACATE SCHEDULING CONFERENCE
___

Plaintiffs and Defendant submit the following Joint Motion to Vacate Scheduling Conference:

1. This action was filed on July 7, 2022.

2. On July 11, 2022, Magistrate Neureiter entered his "Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Consent/Non-Consent Form in which he set a scheduling conference for October 20, 2022 at 10:30 AM.

3. On July 13, 2022, Plaintiffs moved for a temporary restraining order and a preliminary injunction.

4. On July 23, 2022, the Court granted Plaintiff's motion for a TRO in part and denied it in part.

5. On July 29, 2022, the Court set a briefing schedule for Plaintiffs' motion for preliminary injunction and scheduled a hearing on the motion for November 8 and 9, 2022.

6. The parties are now focusing their resources on briefing the preliminary injunction matter and preparing for the hearing. They agree that a scheduling conference in which a scheduling order would presumably be entered is premature and therefore the currently set scheduling conference should be vacated and reset once the Court rules on Plaintiffs' motion for preliminary injunction.

7. Accordingly, the parties jointly move the Court to enter an order that: (a) vacates the scheduling conference currently set for October 20, 2022; and (b) orders Plaintiffs counsel to reset the scheduling conference on notice within ten days of the Court's order ruling on Plaintiff's motion for preliminary injunction.

Respectfully submitted this 9th day of August 2022.

| | |
|---|---|
| */s/ Barry K. Arrington* | */s/ Gordon L. Vaughan* |
| _____ | _____ |
| Barry K. Arrington | Gordon L. Vaughan |
| Arrington Law Firm | Vaughan & DeMuro |
| 3801 East Florida Avenue, Suite 830 | 111 South Tejon Street, Suite 545 |
| Denver, Colorado 80210 | Colorado Springs, Colorado 80903 |
| Voice: (303) 205-7870 | Voice: (719) 578-5500 |
| Email: barry@arringtonpc.com | Email: gvaughan@vaughandemuro.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

### CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington