IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

    Defendant.

_____

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT
_____

Defendant THE TOWN OF SUPERIOR hereby submits this unopposed motion for extension of time to file a response to the First Amended Complaint.

### CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with counsel for Plaintiffs and is authorized to state that Plaintiffs do not oppose this motion.

Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel is providing this motion to his client as reflected in the below certificate of service.

### MOTION

1.    Defendant requested an extension of time to file a response to the initial complaint in its motion to vacate and reset the preliminary injunction hearing filed on July 26, 2022 (Doc. 19). Therein, Defendant sought an extension until such time as the Court entered an order on the pending motion for preliminary injunction.

2. Plaintiffs then filed their First Amended Complaint on July 28, 2022 (Doc. 20).

3. In its courtroom minutes of July 29, 2022, the Court ordered that Defendant's response to the First Amended Complaint shall be filed in accordance with the Federal Rules of Civil Procedure (Doc. 27). Therefore, Defendant's deadline to file a response to the First Amended Complaint is currently August 11, 2022.

4. In its courtroom minutes of July 29, 2022, the Court reset the preliminary injunction hearing to November 8-9, 2022, and set a briefing schedule, which included a deadline for Defendant's response to the motion for preliminary injunction of September 30, 2022 (Doc. 27).

5. Defendant requests an extension to September 30, 2022 – the same due date for its response to the motion for preliminary injunction – to file a response to the First Amended Complaint.

6. This request is supported by good cause. Defendant has only recently completed the assembly of its defense team. The First Amended Complaint raises important constitutional issues regarding the crucial subject of public safety. Defendant is in the process of carefully reviewing the First Amended Complaint and preparing a response addressing the factual and legal issues it presents. Defendant must also concurrently devote substantial resources towards its forthcoming opposition to Plaintiffs' request for a preliminary injunction. A modest extension of the deadline for Defendant to file a response to the First Amended Complaint is warranted under these circumstances.

7. No party will be prejudiced by the granting of Defendant's request.

WHEREFORE, Defendant requests an order from the Court granting it up to and including September 30, 2022, to file a response to the First Amended Complaint.

Respectfully submitted,

Date: 08/09/22                s/ Gordon L. Vaughan
Gordon L. Vaughan
    VAUGHAN & DeMURO
    111 South Tejon, Suite 545
    Colorado Springs, CO 80903
    (719) 578-5500 (phone)
    (719) 578-5504 (fax)
    gvaughan@vaughandemuro.com
ATTORNEY FOR DEFENDANT
    and
Antonio J. Perez-Marques
David Toscano
Christopher Lynch
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, NY 10017
    (212) 450-4000 (phone)
    antonio.perez@davispolk.com
    david.toscano@davispolk.com
    christopher.lynch@davispolk.com
    and
Carey R. Dunne
    The Law Office of Carey R. Dunne, PLLC
    114 East 95th Street
    New York, NY 10128
    (917) 499-2279 (phone)
    careydunne1@gmail.com
    and
William J. Taylor, Jr.
    EVERYTOWN LAW
    450 Lexington Avenue, #4184
    New York, NY 10017
    (646) 324-8215 (phone)
    wtaylor@everytown.org
ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Barry K. Arrington**
barry@arringtonpc.com

**Shaun Pearman**
shaun@pearmanlawfirm.com

**Eric P. Apjoke**
eric@pearmanlawfirm.com

**David Toscano**
david.toscano@davispolk.com

**Christopher Lynch**
christopher.lynch@davispolk.com

**Antonio J. Perez-Marques**
antonio.perez@davispolk.com

**Carey R. Dunne**
careydunne1@gmail.com

**William J. Taylor, Jr.**
wtaylor@everytown.org

and I hereby certify that the foregoing served via email on the following:

Town Board
TOWN OF SUPERIOR
[via private email address]

                                                    s/ Gordon L. Vaughan
                                                    Gordon L. Vaughan