IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

    Defendant.

_____

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**
_____

    THE COURT, having reviewed Defendant's Unopposed Motion for Extension of Time to File Response to First Amended Complaint (Doc. 33), and being fully advised,

    DOES HEREBY ORDER that said motion is granted and that Defendant shall file a response to the First Amended Complaint on or before September 30, 2022.

    THIS ORDER ENTERED the ____ day of August, 2022.

                                    BY THE COURT:

                                          _____