IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

    Defendant.

_____

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY
TEMPORARY RESTRAINING ORDER**

_____

Defendant THE TOWN OF SUPERIOR hereby submits this motion to modify the Temporary Restraining Order ("TRO") entered by the Court on July 22, 2022 (ECF No. 18).

**CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with counsel for Plaintiffs and is authorized to state that Plaintiffs do not oppose modifying the TRO as proposed in this motion.

**MOTION**

1.    Plaintiffs filed a motion for TRO and for preliminary injunction on July 13, 2022 (ECF No. 11). On July 22, 2022, the Court entered a TRO. That TRO provides, in

#96020463v2

part, that Defendant is restrained from enforcing Superior Municipal Code, Article 9, Section 10-9-40, which addresses the "Possession and sale of illegal weapons." *See* ECF No. 18 at p. 18.

2. "Illegal weapon" is defined, for purposes of Section 10-9-40 as "an assault weapon, large-capacity magazine, rapid-fire trigger activator, blackjack, gas gun, metallic knuckles, gravity knife or switchblade knife." Superior Municipal Code, Article 9, Section 10-9-20(g). *See also* ECF No. 18 at p. 6.

3. The motion for TRO sought, as to Superior Municipal Code, Article 9, Section 10-9-40, to restrain enforcement of that section only as to assault weapons and large-capacity magazines.

4. As such, and pursuant to the Court's guidance at the July 29, 2022, telephonic status conference, Defendant requests the TRO be modified to make clear that Defendant is not restrained from enforcing Superior Municipal Code, Article 9, Section 10-9-40, as to any rapid-fire trigger activator, blackjack, gas gun, metallic knuckles, gravity knife, or switchblade knife as defined in Superior Municipal Code, Article 9, Section 10-9-20(g).

WHEREFORE, Defendant requests an order from the Court modifying the TRO to make clear that Defendant is not restrained from enforcing Superior Municipal Code, Article 9, section 10-9-40, as to any rapid-fire trigger activator, blackjack, gas gun, metallic knuckles, gravity knife, or switchblade knife as defined in Superior Municipal Code, Article 9, Section 10-9-20(g).

Respectfully submitted,

Date:  08-09-22                               s/ Gordon L. Vaughan
                                                               Gordon L. Vaughan
              VAUGHAN & DeMURO
              111 South Tejon, Suite 545
              Colorado Springs, CO 80903
              (719) 578-5500 (phone)
              (719) 578-5504 (fax)
              gvaughan@vaughandemuro.com
ATTORNEY FOR DEFENDANT
              and
Antonio J. Perez-Marques
David Toscano
Christopher Lynch
              DAVIS POLK & WARDWELL LLP
              450 Lexington Avenue
              New York, NY 10017
              (212) 450-4000 (phone)
              antonio.perez@davispolk.com
              david.toscano@davispolk.com
              christopher.lynch@davispolk.com
              and
Carey R. Dunne
              The Law Office of Carey R. Dunne, PLLC
              114 East 95th Street
              New York, NY 10128
              (917) 499-2279 (phone)
              careydunne1@gmail.com
              and
William J. Taylor, Jr.
              EVERYTOWN LAW
              450 Lexington Avenue, #4184
              New York, NY 10017
              (646) 324-8215 (phone)
              wtaylor@everytown.org
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Barry K. Arrington**
barry@arringtonpc.com

**Shaun Pearman**
shaun@pearmanlawfirm.com

**Eric P. Apjoke**
eric@pearmanlawfirm.com

**David Toscano**
david.toscano@davispolk.com

**Christopher Lynch**
christopher.lynch@davispolk.com

**Antonio J. Perez-Marques**
antonio.perez@davispolk.com

**Carey R. Dunne**
careydunne1@gmail.com

**William J. Taylor, Jr.**
wtaylor@everytown.org

                                                                      s/ Gordon L. Vaughan
                                                                       Gordon L. Vaughan