IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

    Defendant.

_____

**ORDER MODIFYING TEMPORARY RESTRAINING ORDER**
_____

THE COURT, having reviewed Defendant's Unopposed Motion to Modify Temporary Restraining Order (Doc. 34), and being fully advised,

DOES HEREBY ORDER that said motion is granted and modifies the Temporary Restraining Order of July 22, 2022 (Doc. 18), to include the following: Defendant is not restrained from enforcing Superior Municipal Code, Article 9, section 10-9-40, as to any rapid-fire trigger activator, blackjack, gas gun, metallic knuckles, gravity knife, or switchblade knife as defined in Superior Municipal Code, Article 9, Section 10-9-20(g).

THIS ORDER ENTERED the ___ day of August, 2022.

                                    BY THE COURT:

                                    _____