IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and CHARLES
BRADLEY WALKER,

Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality, and
JOE PELLE, in his capacity as Sheriff of Boulder County, Colorado,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that the parties' Joint Motion to Vacate Scheduling Conference (Dkt. #32) is GRANTED. The Scheduling Conference set for October 20, 2022 at 10:30 a.m. is VACATED. Counsel shall **jointly** contact chambers (303-335-2403) to reset the scheduling conference on notice within ten days of the Judge Moore's order on Plaintiff's motion for preliminary injunction.

Date: August 9, 2022