IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

    Defendant.

_____

## DEFENDANT'S NOTICE OF RELATED CASES
_____

Defendant THE TOWN OF SUPERIOR hereby submits, pursuant to D.C.COLO.LCivR 3.2, this notice of the following related cases that have two common plaintiffs and common factual allegations and claims:

(1) *Rocky Mountain Gun Owners, et al. v. City of Louisville, Colorado*, Civil Action No. 22-cv-2111-STV, filed August 18, 2022.

(2) *Rocky Mountain Gun Owners, et al. v. City of Boulder, Colorado*, Civil Action No. 22-cv-2112-RMR-MEH, filed August 18, 2022.

(3) *Rocky Mountain Gun Owners, et al. v. Board of County Commissioners of Boulder County*, Civil Action No. 22-cv-2113-CNS-MEH, filed August 18, 2022.

Respectfully submitted,

Date: 08-24-22                         s/ Gordon L. Vaughan
              Gordon L. Vaughan
                VAUGHAN & DeMURO
                111 South Tejon, Suite 545
                Colorado Springs, CO 80903
                (719) 578-5500 (phone)
                (719) 578-5504 (fax)
                gvaughan@vaughandemuro.com
ATTORNEY FOR DEFENDANT
     and
Antonio J. Perez-Marques
David Toscano
Christopher Lynch
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, NY 10017
    (212) 450-4000 (phone)
    Antonio.perez@davispolk.com
    David.toscano@davispolk.com
    Christopher.lynch@davispolk.com
     and
Carey R. Dunne
    THE LAW OFFICE OF CAREY R. DUNNE, PLLC
    114 East 95th Street
    New York, NY 10128
    (917) 499-2279 (phone)
    Careydunne1@gmail.com
     and
William J. Taylor, Jr.
    EVERYTOWN LAW
    450 Lexington Avenue, #4184
    New York, NY 10017
    (646) 324-8215 (phone)
    wtaylor@everytown.org
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Barry K. Arrington**
barry@arringtonpc.com

**Shaun Pearman**
shaun@pearmanlawfirm.com

**Eric P. Apjoke**
eric@pearmanlawfirm.com

**David Toscano**
david.toscano@davispolk.com

**Christopher Lynch**
christopher.lynch@davispolk.com

**Antonio J. Perez-Marques**
antonio.perez@davispolk.com

**Carey R. Dunne**
careydunne1@gmail.com

**William J. Taylor, Jr.**
wtaylor@everytown.org

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]

s/ Gordon L. Vaughan
Gordon L. Vaughan
