IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

       Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

       Defendant.

_____

**JOINT MOTION TO VACATE CURRENT RESPONSE AND BRIEFING SCHEDULES PENDING A DECISION ON CONSOLIDATION**
_____

Plaintiffs and Defendant submit the following Joint Motion to Vacate the current deadline for a response to the amended complaint and the current preliminary injunction briefing schedules:

1.     This action was filed on July 7, 2022. (ECF No. 1.)

2.     On July 13, 2022, Plaintiffs moved for a preliminary injunction. (ECF No. 11.)

3.     On July 28, 2022, Plaintiff filed a First Amended Complaint. (ECF No. 20.)

4.     On July 29, 2022, the Court set a briefing schedule for Plaintiffs' Motion for Preliminary Injunction that included a September 30, 2022, deadline for Defendant's response. (ECF No. 27.)

5. On August 9, 2022, the Court extended the time to file a response to the First Amended Complaint to September 30, 2022. (ECF No. 36.)

6. On August 30, 2022, Defendant filed an Unopposed Motion for Consolidation of the related cases and to modify the preliminary injunction briefing schedule. (ECF No. 40.)

7. On September 6, 2022, the Court set a status conference for September 16, 2022. (ECF No. 41.)

8. On September 7, 2022, in the related Boulder County case, Judge Sweeney granted a joint motion "to Continue the September 8, 2022 Status Conference, Extend the Deadline for Defendant's Response to Preliminary Injunction Motion, and Approve Stipulation to Extend Temporary Restraining Order." (*See* ECF No. 19 in 22–CV–2113.)

9. On September 8, 2022, in the related City of Boulder case, Judge Rodriguez issued the following text order:

> ORDER Granting 19 Joint Motion to Vacate Briefing Schedule for Motion for Preliminary Injunction. The deadlines set forth in the Order Setting Briefing Schedule [ECF 14] are VACATED pending ruling on the Motion to Consolidate filed in 22-cv-1685-RM-NRN. If the cases are not consolidated, the Parties shall propose a new briefing schedule within 30 days of the entry of the order on the motion to consolidate.

(22–CV–2112.)

10. As of the filing of this motion, Judge Sweeney has not yet issued an order in the related Louisville case in response to a September 7, 2022, Joint Motion to Vacate Briefing and Hearing Schedule. (ECF No. 21 in 22-CV-2011.) This motion is very similar to the one granted in the City of Boulder case, as the status of both cases was similar when the motions were filed.

2

Error! Unknown document property name.

11. Defendant Town of Superior is potentially facing two September 30, 2022, deadlines in this case, which are only two weeks from the status conference, and which will both be substantively affected by the Court's decision on the Unopposed Motion for Consolidation. If consolidation is granted, Defendants will also require time to coordinate their response and briefing between four different local governments.

12. Since enforcement of the challenged ordinances in all of the related cases is currently stayed or restrained, no party would be prejudiced by vacating the deadlines in this case pending the Court's decision on the Unopposed Motion for Consolidation. (*See* ECF No. 20 in 22–CV–2111; ECF No. 18 in 22–CV–2112; ECF No. 19 in 22–CV–2113.)

13. The parties agree that the current deadlines are therefore premature and that the current deadlines for a response to the amended complaint and for continued briefings on the motion for a preliminary injunction should be vacated and reset once the Court rules on the Unopposed Motion for Consolidation.

14. Accordingly, the parties jointly move the Court to enter an order that: (a) vacates the preliminary injunction hearing of November 8-9, 2022, and current related briefing schedule; and (b) vacates the current deadline for a response to the amended complaint of September 30, 2022.

Respectfully submitted this 9th day of September, 2022.

s/ Gordon L. Vaughan
Gordon L. Vaughan
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
gvaughan@vaughandemuro.com
*Attorney for Defendant*

3

        s/ Barry K. Arrington
Barry K. Arrington
   ARRINGTON LAW FIRM
   3801 East Florida Avenue, Suite 830
   Denver, CO 80210
   (303) 205-7870 (phone)
   barry@arringtonpc.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

        s/ Gordon L. Vaughan