IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

    Defendant.

_____

**DEFENDANT'S UNOPPOSED MOTION TO APPEAR BY TELEPHONE
AT THE SEPTEMBER 16, 2022, STATUS CONFERENCE**
_____

Defendant THE TOWN OF SUPERIOR hereby submits this motion to appear by telephone at the status conference scheduled for September 16, 2022.

## CONFERRAL/CERTIFICATION

Undersigned counsel certifies that he has conferred with counsel for Plaintiffs and is authorized to state there is no opposition to the motion.

## MOTION

1. On September 6, 2022, this Court issued a Minute Order (Doc. 41) setting an in-person status conference for September 16, 2022, regarding Defendant's Unopposed Motion for Consolidation Pursuant to Rule 42(a) (Doc. 40).

2. Undersigned counsel Vaughan will be fulfilling a teaching obligation on September 15, 2022, and September 16, 2022, in Fort Collins, Colorado. He plans to

break from this obligation to attend the status conference but requests leave to participate by telephone.  Additionally, other defense counsel are out of state and request leave to participate by telephone.

3. The list of defense counsel who currently plan to participate in the status conference follows:

> Gordon L. Vaughan
> Antonio J. Perez-Marques
> David Toscano
> Christopher Lynch
> Carey R. Dunne
> William J. Taylor, Jr.

WHEREFORE, Defendant requests an order from this Court permitting counsel to appear at the status conference scheduled for September 16, 2022, via telephone (and/or by video conference if that is the Court's preference).

Respectfully submitted,

Date:  09-09-22

s/ Gordon L. Vaughan
Gordon L. Vaughan
   VAUGHAN & DeMURO
   111 South Tejon, Suite 545
   Colorado Springs, CO 80903
   (719) 578-5500 (phone)
   gvaughan@vaughandemuro.com
ATTORNEY FOR DEFENDANT
   and
Antonio J. Perez-Marques
David Toscano
Christopher Lynch
   DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
   New York, NY 10017
   (212) 450-4000 (phone)
   antonio.perez@davispolk.com

              david.toscano@davispolk.com
              christopher.lynch@davispolk.com
                and
          Carey R. Dunne
            The Law Office of Carey R. Dunne, PLLC
            114 East 95th Street
            New York, NY 10128
            (917) 499-2279 (phone)
            careydunne1@gmail.com
              and
          William J. Taylor, Jr.
            EVERYTOWN LAW
            450 Lexington Avenue, #4184
            New York, NY 10017
            (646) 324-8215 (phone)
            wtaylor@everytown.org
         ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

   I hereby certify that on this 9th day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Barry K. Arrington**
barry@arringtonpc.com

**Shaun Pearman**
shaun@pearmanlawfirm.com

**Eric P. Apjoke**
eric@pearmanlawfirm.com

**David Toscano**
david.toscano@davispolk.com

**Christopher Lynch**
christopher.lynch@davispolk.com

**Antonio J. Perez-Marques**
antonio.perez@davispolk.com

**Carey R. Dunne**
careydunne1@gmail.com

**William J. Taylor, Jr.**
wtaylor@everytown.org

              s/ Gordon L. Vaughan
              Gordon L. Vaughan

4