IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:     Tammy Hoffschildt | Date:   September 16, 2022 |

**CASE NO.    22-cv-01685-RM-NRN**

| Parties | Counsel |
|---|---|
| ROCKY MOUNTAIN GUN OWNERS,<br>NATIONAL ASSOCIATION FOR GUN RIGHTS, and<br>CHARLES BRADLEY WALKER,<br><br>        Plaintiffs,<br><br>v.<br><br>THE TOWN OF SUPERIOR,<br><br>        Defendant. | Barry Arrington<br><br><br><br><br><br><br><br>Antonio Perez-Marques<br>Carey Dunne<br>David Toscano (VTC audio)<br>Gordon Vaughan (VTC audio)<br>William Taylor, Jr. (VTC) |

### *AMENDED* COURTROOM MINUTES

**STATUS CONFERENCE – Video Teleconference (VTC)**
**Court in session:              9:30 a.m.**

Appearances of counsel in the courtroom.   William Taylor appears by VTC.   David Toscano and Gordon Vaughan appear by VTC audio-only.

The Court addresses the Unopposed Motion for Consolidation Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure (Doc. 40) and the Joint Motion to Vacate Current Response and Briefing Schedule Pending a Decision on Consolidation (Doc. 42).

**ORDERED:**   The Unopposed Motion for Consolidation Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure (Doc. 40) is DENIED as stated on the record.

**ORDERED:**   The Joint Motion to Vacate Current Response and Briefing Schedule Pending a Decision on Consolidation (Doc. 42) is GRANTED as stated on the record.   ***The hearing set for November 8 and 9, 2022, is vacated.***

**ORDERED:**  Counsel shall file a briefing schedule on or before **October 17, 2022.**

Discussion held regarding a master briefing schedule for similar cases assigned to other judges and vacating the Answer deadline.

**ORDERED:**   On stipulation of counsel, the Answer deadline is VACATED.

**Court in recess:**         9:56 a.m.
**Total in court time:**     00:26
**Hearing concluded.**