IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 22-cv-01685-RM-NRN

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
CHARLES BRADLEY WALKER,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, a Colorado municipality,

    Defendant.

## ORDER

This matter is before the Court on Plaintiffs' Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i).  (ECF No. 52.)  Because Defendant has not served an answer or a motion for summary judgment, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs can voluntarily dismiss the case without a stipulation by Defendant.  Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE** and the Clerk shall **CLOSE** the case.

Pursuant to this Voluntary Dismissal, the Temporary Restraining Order, granted on July 22, 2022, and modified on August 9, 2022, is hereby **DISSOLVED**.

DATED this 12th day of October, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge